UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ORDER FOR SELECTION )<br>OF 2026 GRAND JURORS )<br>FOR CHARLOTTE DIVISION ) | Misc. No. 3:25 mc 144 |

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Charlotte master jury wheel 125 names and draw from the Statesville master jury wheel 125 names for potential service as 2026 GRAND JURORS for the United States District Court, Western District of North Carolina, Charlotte Division. The first appearance of these Grand Jurors is scheduled for Wednesday, January 21st, 2026, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including twelve regular terms of court convening on January 21, 2026; February 18, 2026; March 17, 2026; April 21, 2026; May 19, 2026; June 16, 2026; July 21, 2026; August 18, 2026; September 15, 2026; October 20, 2026; November 17, 2026; and December 15, 2026; and any additional sessions or dates which may be required.

This the 12 day of November, 2025.

Martin Reidinger
Chief United States District Court Judge